# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Lexie Dial, III, Petitioner.

Appellate Case No. 2013-001970

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Lexington County
R. Knox McMahon, Circuit Court Judge

---

Opinion No. 27512
Heard March 5, 2015 – Filed April 1, 2015

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

H. Wayne Floyd, of West Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General Christina Catoe Bigelow, both of Columbia, for Respondent.

---

**PER CURIAM:**   We granted certiorari to review the Court of Appeals' decision in *State v. Dial*, 405 S.C. 247, 746 S.E.2d 495 (Ct. App. 2013).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, Acting Chief Justice, BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore, concur.**